IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-cr-055-MEF |
| | ) | (WO) |
| KIRBY DOLLAR | ) | |
| TIMOTHY WATFORD | ) | |

# **O R D E R**

It is hereby ORDERED that this Court's Order dated April 5, 2011 (Doc. #21) is amended to read as follows:

> **2. That the trial of this case is continued from the June 6, 2011 trial term to the August 22, 2011 trial term in Opelika, Alabama.**

DONE this the 6th day of April, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE